**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NARINE POGOSYAN, | No. 1:26-cv-02219 JLT SAB (HC) |
| Petitioner, | (A File: 071 156 116) |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING PETITION FOR WRIT OF HABEAS CORPUS, AND DIRECTING CLERK OF COURT TO CLOSE CASE |
| PAMELA BONDI, et al., | |
| Respondents. | |
| | (Docs. 1, 8) |

Petitioner is proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 5, 2026, the magistrate judge issued findings and recommendations recommending that the petition for writ of habeas corpus be denied. (Doc. 8.) The Court served the findings and recommendations on the parties and notified them that any objections were due in 14 days. (*Id.*) On June 18, 2026, Petitioner filed timely objections. (Doc. 9.)

According to 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including Petitioner's objections, the Court concludes the findings and recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1

1. The findings and recommendations issued on June 5, 2026 (Doc. 8) are **ADOPTED IN FULL**.

2. The petition for writ of habeas corpus is **DENIED**.

3. As a result, the Court's no transfer order is **LIFTED**.[1]

4. The Clerk of Court is directed to **CLOSE THE CASE**.

IT IS SO ORDERED.

Dated: July 22, 2026

_____
JENNIFER L. THURSTON
U.S. District Judge

---

[1] This determination moots Respondents' separate request to lift the no transfer order, which indicates that Respondents are prepared to remove Petitioner later this week via charter flight. (Doc. 11.) Petitioner's objections to that motion are similar to her objections to the Findings and Recommendations. (*See* Doc. 12.)